**\*E-FILED\***
**June 10, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC. | No. C 04-03402 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| THE N. LE, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 10, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 17, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: June 10, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Sandeep J. Shah, Esq.
Email: sshah@buchalter.com

**Counsel for Defendant(s)**

Shawn R. Parr, Esq.
Email: parrst@ix.netcom.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 10, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg