1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**          *E-FILED 7/8/05*
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: sburke@buchalter.com
6  Attorneys for Plaintiff DIRECTV, INC.

7

8                **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

11  DIRECTV, INC., a California corporation,    Case No. CV-04-03402 RS

12              Plaintiff,                       Hon. Richard Seeborg

13        vs.                                    **STIPULATION FOR VOLUNTARY
                                                 DISMISSAL OF DEFENDANT**
14  THE N. LE,                                   **THE N. LE AND REQUEST TO RETAIN
                                                 JURISDICTION; [~~PROPOSED~~] ORDER**
15              Defendant.                        **THEREON**

16

17

18        IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

19  ("DIRECTV") and Defendant THE N. LE ("Defendant"), through their respective counsel of

20  record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to

21  Fed. R. Civ. P. 41(a)(1), as to Defendant.  Each of said parties to bear its/his own costs and

22  attorney's fees.

23        The terms of the Confidential Settlement Agreement dated June 9, 2005

24  ("Agreement") entered into between the Defendant and DIRECTV require the performance of

25  certain obligations by Defendant that will not be completed until July 2008.  If the Defendant

26  does not timely or fully perform these obligations when due, DIRECTV is authorized to seek

27  enforcement of those obligations in this Court.  The parties therefore have consented, and hereby

28  further stipulate and consent to, the retention of jurisdiction over them by this Court and to

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT THE N. LE AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1   reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of

2   the Agreement, as defined therein.  The parties therefore respectfully request that the Court retain

3   such jurisdiction.

4   DATED: July 4, 2005                    Respectfully Submitted,

5                                          BUCHALTER, NEMER, FIELDS & YOUNGER
                                           A Professional Corporation
6

7

8                                          By:_____/s/ Suzanne M. Burke_____
                                                      Suzanne M. Burke
9                                          Attorneys for Plaintiff DIRECTV, Inc.

10  DATED: July ___, 2005                  PARR LAW GROUP

11

12                                         By:_____/s/ Shawn R. Parr_____
13                                                    Shawn R. Parr
                                           Attorneys for Defendant The N. Le
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT THE N. LE AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1

## <u>ORDER</u>

2          HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

3   Dismissal of Defendant THE N. LE and Request to Retain Jurisdiction, and such other pleadings,

4   documents and records deemed appropriate by the Court, and good cause appearing therefore, IT

5   IS HEREBY ORDERED:

6                    (1)       Defendant THE N. LE is hereby dismissed from this action without

7   prejudice;

8                    (2)       Each of said parties to bear its/his own costs and attorney's fees; and

9                    (3)       The Court shall retain jurisdiction over DIRECTV and Defendant THE N.

10  LE to enforce the terms described above of the Settlement Agreement between those parties dated

11  June 9, 2005 and hereby refers any further proceedings in this action to enforce such terms of the

12  Settlement Agreement to a Magistrate Judge of this District.

13  Dated:     July 8, 2005

14

15                                                      /s/ Richard Seeborg

16                                                      _____
                                                        Honorable Richard Seeborg
17                                                      United States District Court
                                                        Northern District of California

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT THE N. LE AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.